# EXHIBIT A

Case 6:20-cv-03309-RK   Document 1-1   Filed 10/02/20   Page 1 of 28

**IN THE CIRCUIT COURT OF GREEN COUNTY, MISSOURI**

RACHEL HOLLOWAY,                )
                                )
        Plaintiff,              )
                                )
v.                              )       Case No. 2031-CC00003
                                )
ALBA FREIGHT LINES, INC.        )
                                )
        Defendants.             )

**DEFENDANT ALBA FREIGHT LINES INC'S**
**NOTICE OF FILING NOTICE OF REMOVAL**

I hereby certify that a copy of the Notice of Removal in the above-styled action has been

filed in the United States District Court of the Western District of Missouri, on this 2nd day of

October, 2020.

A copy of the Notice of Removal is attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ James A. Jarrow*
James R. Jarrow          MO #38686
John A. Watt             MO #52516
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone:   (816) 471-2121
Facsimile:   (816) 472-0288
Email:       jarrow@bscr-law.com
             jwatt@bscr-law.com
ATTORNEYS FOR DEFENDANT
ALBA FREIGHT LINES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of October, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, using the Court's electronic filing system, which will send notification of the following to all counsel of record.

*/s/ James R. Jarrow*

Electronically Filed - Greene - January 02, 2020 - 02:15 PM

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

RACHEL HOLLOWAY )
    Plaintiff )
    )
VS. )
    )
ALBA FREIGHT LINES, INC. )
    Defendant )

## PETITION

PLAINTIFF, by counsel, sets forth her Petition against Defendant as follows:

1. The events giving rise to this cause of action occurred in Greene County, Missouri.

2. Plaintiff is a natural person residing in Greene County, Missouri.

3. Defendant is a corporation with its primary place of business at 5940 W. Touhy Ave., Ste. 202, Niles, IL 60714.

4. On or about October 6, 2019 at between 4:00 and 5:00 pm, Plaintiff was operating her car westbound on I-44 in Greene County, Missouri.

5. At that same time and place an employee or agent of Defendant was operating a truck owned or operated by Defendant and bearing Defendant's identification.

6. At that time and place, Defendant's employee swerved his truck into Plaintiff's lane of traffic, causing the truck to strike Plaintiff's car.

7. As a result of the truck striking Plaintiff's car, Plaintiff's car was forced off the highway and into the traffic median.

8. The truck striking Plaintiff's car caused damage to Plaintiff's car.

9. At that time and place, Defendant's employee was negligent in the operation of Defendant's truck, in one or more of the following manners:

    a. In failing to give a proper turn signal.

    b. In changing lanes without checking to see if the lane was clear.

    c. In failing to exercise a high degree of car in operating the truck.

10. In striking Plaintiff's vehicle and forcing Plaintiff off the road, Defendant caused damage to Plaintiff in that Plaintiff was placed in immediate fear of bodily injury.

11. Defendant's actions caused mental and emotional distress to Plaintiff.

12. Said distress was medically significant.

13. Defendant's driver knew or should have known that his actions were likely to cause a risk of harm to Plaintiff.

14. As a result of Defendant's actions, Plaintiff has suffered lost income and lost earning ability.

15. Defendant's actions were made with reckless indifference or evil motive.

WHEREFORE Plaintiff prays the court for judgment against Defendant for Plaintiff's damages, lost income, costs, punitive damages, and such other relief as is just and proper.


LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert_____
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JASON R BROWN | Case Number:  2031-CC00003 |
| Plaintiff/Petitioner:<br>RACHEL HOLLOWAY | Plaintiff's/Petitioner's Attorney/Address:<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO  65804 |
| Defendant/Respondent:<br>ALBA FREIGHT LINES INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO  65802 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

vs.

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **ALBA FREIGHT LINES INC**
**Alias:**

**5940 W TOUHY AVE**
**STE 202**
**NILES, IL  60714**

**COURT SEAL OF**

**GREENE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 01/02/2020 | /S/ THOMAS R. BARR BY ADN |
|---|---|
| Date | Clerk |

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                      Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) For Court Use Only Document ID# 20-SMOS-3          1 of 2    (2031-CC00003)          Rules 54.06, 54.07, 54.14, 54.20;<br>506.500, 506.510 RSMo

Case 6:20-cv-03309-RK   Document 1-1   Filed 10/02/20   Page 6 of 28

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only* Document ID# 20-SMOS-3     2 of 2  **(2021-CC00003)**     Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 6:20-cv-03309-RK   Document 1-1   Filed 10/02/20   Page 7 of 28



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE



Electronically Filed - Greene - February 03, 2020 - 01:30 PM

**\* 0 3 3 0 4 2 7 7 \***

| | | |
|---|---|---|
| CASE NUMBER: 2031CC00003 | MULT.SER. 1 | DOC. TYPE: SUMMONS |
| **DIE DATE: 01/23/2020** | RECEIVED DATE: 1/13/2020 12:00:00 PM | FILED DATE: 01/02/2020 DIST: 714 SK |

| **DEFENDANT** | **PLANTIFF** |
|---|---|
| ALBA FREIGHT LINES INC | HOLLOWAY, RACHEL |
| 5940 W TOUHY AVE | **ATTORNEY** |
| NILES, IL 60714 | LAMPERT LAW OFFICE LLC |
| STE 202 | 2847 S INGRAM MILL RD STE A 100 |
| | SPRINGFIELD, MO 65802 |
| | (417) 886-3330 |

 (FOREIGN stamp)

**22**

**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____.

____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

____ **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

**\*\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\*\***

____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED |
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (10) NO REGISTERED AGENT |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | ☒ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _Vacant_ _Unit_

| | ATTEMPTED SERVICES |
|---|---|
| | DATE — TIME (AM/PM) — STAR # |

WRIT SERVED ON: ____N/S____

SEX: M / F ___ RACE: ___ AGE: ___

THIS ___ DAY OF _Jan_, 20_20_

1.21 — 11:57 am — 11220

Thomas J. Dart

SHERIFF, BY: _____, DEPUTY

DST421



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JASON R BROWN | Case Number:  2031-CC00003 |
| Plaintiff/Petitioner:<br>RACHEL HOLLOWAY | Plaintiff's/Petitioner's Attorney/Address:<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO  65804 |
| Defendant/Respondent:<br>ALBA FREIGHT LINES INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO  65802 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

vs.

(Date File Stamp)

## Alias Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| | |
|---|---|
| **The State of Missouri to:**  **ALBA FREIGHT LINES INC**<br> **Alias:** | |

**R/A MARSID XEKA**
**8224 W CATINO TERR**
**NILES, IL  60714**

***COURT SEAL OF***

***GREENE COUNTY***

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 02/03/2020 | /S/ THOMAS R. BARR BY ADN |
|---|---|
| Date | Clerk |

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                 ☐ the judge of the court of which affiant is an officer.
*(Seal)*          ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                 ☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) *For Court Use Only* Document ID# 20-SMOS-29   1 of 2   (2031-CC00003)   Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Case 6:20-cv-03309-RK  Document 1-1  Filed 10/02/20  Page 9 of 28

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* **Document ID# 20-SMOS-20**      2 of 2 **(2021-CC00003)**      Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 6:20-cv-03309-RK   Document 1-1   Filed 10/02/20   Page 10 of 28

# IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

RACHEL HOLLOWAY )
    Plaintiff )
     )
VS. )  Case No. 2031-CC00003
     )
ALBA FREIGHT LINES, INC. )
    Defendant )

## REQUEST FOR ALIAS SUMMONS

PLAINTIFF, by counsel, hereby requests the Clerk to issue an alias summons in this matter for service on Defendant's Registered Agent as follows:

Alba Freight Lines, Inc.
Reg. Agt. Marsid Xeka
8224 W. Catino Terr.
Niles, IL 60714

LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert_____
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*

Electronically Filed - Greene - March 09, 2020 - 01:56 PM



## SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
### AFFIDAVIT OF SERVICE





`* 0 3 3 2 9 4 9 4 *`

CASE NUMBER: 2031CC00003     MULT.SER. 1     DOC. TYPE: SUMMONS ALIAS

**DIE DATE: 02/25/2020**     RECEIVED DATE: 2/19/2020     FILED DATE: 02/03/2020     DIST: 714 SK
12:00:00 PM

| DEFENDANT | PLANTIFF |
|---|---|
| ALBA FREIGHT LINES INC | HOLLOWAY, RACHEL |
| 8224 W CATINO TERR | **ATTORNEY** |
| NILES, IL 60714 | RAYMOND BENJAMIN LAMPERT OF LAMPERT LAW LLC |
| | 2847 N INGRAM MILL RD STE A 100 |
| | SPRINGFIELD, MO 65804 |
| **ATTACHED FEE AMOUNT:** | (417) 886-3330 |

**SERVICE INFORMATION:**     RA MARSID XEKA

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

_____ **(1) PERSONAL SERVICE:**

BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

_____ **(2) SUBSTITUTE SERVICE:**

BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____

_____ **(3) UNKNOWN OCCUPANTS:**

BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_____ **(4) CORP/CO/BUS/PART:**

BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

_____ **(5) PROPERTY RECOVERED:**

NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

_____ **(6) S.O.S./D.O.I.:**

BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

_____ **(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

_____ **(8)**     AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | | |
|---|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED |
| ✗ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (10) NO REGISTERED AGENT |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _____

---

WRIT SERVED ON: _____ N S O 2 _____

SEX: M / F _____ RACE: _____ AGE: _____

THIS _____ 25 _____ DAY OF _____ Feb _____, 20 20

Thomas J. Dart
SHERIFF, BY: Joel Luciano Hoff _____, DEPUTY

| ATTEMPTED SERVICES | | | |
|---|---|---|---|
| | DATE | TIME (AM/PM) | STAR # |
| | 2-25-20 | 3:08 | 1120 |
| | : | | |
| | : | | |
| | : | | |

LJO385

Electronically Filed - Greene - March 09, 2020 - 01:56 PM



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>JASON R BROWN | Case Number: 2031-CC00003 |
|---|---|
| Plaintiff/Petitioner:<br>RACHEL HOLLOWAY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO 65804 |
| Defendant/Respondent:<br>ALBA FREIGHT LINES INC | Court Address:<br>JUDICIAL COURTS FACILITY |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 (Date File Stamp) |

## Alias Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **ALBA FREIGHT LINES INC**
**Alias:**



**R/A MARSID XEKA**
**8224 W CATINO TERR**
**NILES, IL 60714**

*COURT SEAL OF*

*GREENE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 02/03/2020 | /S/ THOMAS R. BARR BY ADN |
|---|---|
| Date | Clerk |

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)
- ☐ the clerk of the court of which affiant is an officer.
- ☐ the judge of the court of which affiant is an officer.
- ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

FOREIGN

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

See the following page for directions to officer making return on service of summons.

**IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI**

| | | |
|---|---|---|
| RACHEL HOLLOWAY | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | Case No. 2031-CC00003 |
| | ) | |
| ALBA FREIGHT LINES, INC. | ) | |
| Defendant | ) | |

**MOTION FOR INTERLOCUTORY ORDER OF DEFAULT**

PLAINTIFF, by counsel, moves the Court pursuant to Rule 74.05(b) for an interlocutory order of default and requests that that this matter be set for a hearing for a default judgment. In support of this Motion, Plaintiff states as follows:

Plaintiff attempted service on Defendant at its US DOT listed address at 5940 W. Touhy Ave., Ste. 202, Niles, IL 60714 on January 21, 2020. The service was non-est because the unit was vacant. A copy of the information from the US DOT is attached hereto as Exhibit 1.

Plaintiff then attempted service on Defendant via its Registered Agent at 8224 W. Catino Terr., Niles, IL 60714 on February 25, 2020. The service was non-est because the office had moved. A copy of the information from the Illinois Secretary of State is attached hereto as Exhibit 2.

WHEREFORE Plaintiff moves the Court to find that Defendant has defaulted, to enter an interlocutory order of default, and set this matter for a hearing on damages, and for such other relief as is just and proper.

LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*

**IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI**

RACHEL HOLLOWAY )
    Plaintiff )
     )
VS. )  Case No. 2031-CC00003
     )
ALBA FREIGHT LINES, INC. )
    Defendant )

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Plaintiff will take up her Motion for an Interlocutory Order of Default on Tuesday, April 7 at 9:00 am via telephone.

LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert_____
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JASON R BROWN | Case Number: **2031-CC00003** |
| Plaintiff/Petitioner:<br>RACHEL HOLLOWAY | Plaintiff's/Petitioner's Attorney/Address:<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO 65804 |
| vs. | |
| Defendant/Respondent:<br>ALBA FREIGHT LINES INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Alias Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** **ALBA FREIGHT LINES INC**
**Alias:**

**5940 W TOUHY AVE STE 202**
**NILES, IL 60714**

*COURT SEAL OF*

*GREENE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 04/07/2020 | /S/ THOMAS R. BARR BY CR |
|---|---|
| Date | Clerk |

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

Case 6:20-cv-03309-RK   Document 1-1   Filed 10/02/20   Page 16 of 28

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* **Document ID# 20-SMOS-145**      2 of 2     **(2031-CC00003)**      Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 6:20-cv-03309-RK   Document 1-1   Filed 10/02/20   Page 17 of 28

**IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI**

RACHEL HOLLOWAY )
    Plaintiff )
  )
VS. ) Case No. 2031-CC00003
  )
ALBA FREIGHT LINES, INC. )
    Defendant )

**REQUEST FOR ALIAS SUMMONS**

PLAINTIFF, by counsel, hereby requests the Clerk to issue an alias summons in this matter for service on Defendant as follows:

Alba Freight Lines, Inc.
5940 W. Touhy Ave.
Suite 202
Niles, IL 60714

LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert_____
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JASON R BROWN | Case Number: 2031-CC00003 |
| Plaintiff/Petitioner:<br>RACHEL HOLLOWAY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO 65804 |
| Defendant/Respondent:<br>ALBA FREIGHT LINES INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Alias Summons in Civil Case

The State of Missouri to: **ALBA FREIGHT LINES INC**
Alias:

ATTY JAMES JARROW
BAKER STERCHI COWDEN & RICE
2400 PERSHING RD STE 500
KANSAS CITY, MO 64108

*COURT SEAL OF*



*GREENE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 07/15/2020 | /S/ THOMAS R. BARR BY CR |
|---|---|
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

| | |
|---|---|
| Date | Notary Public |

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 6:20-cv-03309-RK   Document 1-1   Filed 10/02/20   Page 19 of 28

Electronically Filed - Greene - July 10, 2020 - 03:37 PM

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | | |
|---|---|---|
| RACHEL HOLLOWAY | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | Case No. 2031-CC00003 |
| | ) | |
| ALBA FREIGHT LINES, INC. | ) | |
|     Defendant | ) | |

## REQUEST FOR ALIAS SUMMONS

PLAINTIFF, by counsel, hereby requests the Clerk to issue an alias summons in this matter for service on Defendant's attorney:

Alba Freight Lines, Inc.
Atty. James Jarrow
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Rd., Ste. 500
Kansas City, MO 64108

LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

RACHEL HOLLOWAY         )
      Plaintiff           )
                          )
VS.                     )   Case No. 2031-CC00003
                          )
ALBA FREIGHT LINES, INC.   )
      Defendant        )

## AMENDED MOTION FOR INTERLOCUTORY ORDER OF DEFAULT

PLAINTIFF, by counsel, moves the Court pursuant to Rule 74.05(b) for an interlocutory order of default and requests that that this matter be set for a hearing for a default judgment. In support of this Motion, Plaintiff states as follows:

Plaintiff attempted service on Defendant at its US DOT listed address at 5940 W. Touhy Ave., Ste. 202, Niles, IL 60714 on January 21, 2020. The service was non-est because the unit was vacant. A copy of the information from the US DOT is attached hereto as Exhibit 1.

Plaintiff then attempted service on Defendant via its Registered Agent at 8224 W. Catino Terr., Niles, IL 60714 on February 25, 2020. The service was non-est because the office had moved. A copy of the information from the Illinois Secretary of State is attached hereto as Exhibit 2.

Plaintiff then attempted to contact Defendant via Certified Mail at its listed address. The envelope was returned as undeliverable and unable to forward. A copy of the envelope is attached hereto as Exhibit 3.

Plaintiff has filed an Affidavit of Service with the Illinois Secretary of State affirming that Defendant's Registered Agent could not be found with reasonable diligence at the registered office of record. A copy of the envelope is attached hereto as Exhibit 4.

Plaintiff also forwarded copies of the Summons and Petition with a request for waiver of service to Defendant's attorney James Jarrow on July 15, 2020. A copy of the waiver is attached hereto as Exhibit 5.

WHEREFORE Plaintiff moves the Court to find that Defendant has defaulted, to enter an interlocutory order of default, and set this matter for a hearing on damages, and for such other relief as is just and proper.

LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert_____
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this Motion were served via US Mail on Defendant's agent and attorney on this 17th day of August, 2020.

Served on:

Superior Risk Management, Inc.
Attn. Tammy Warn
6602 Owens Dr., Ste. 300
Pleasanton, CA 94588


Baker, Sterchi, Cowden & Rice
Atty. James Jarrow
2400 Pershing Rd., Ste. 500
Kansas City, MO 64108

Electronically Filed - Greene - August 21, 2020 - 12:02 PM

# IN THE CIRCUIT COURT OF GREEN COUNTY, MISSOURI

|  |  |  |
|---|---|---|
| RACHEL HOLLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2031-cc00003 |
| | ) | |
| ALBA FREIGHT LINES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ALBA FREIGHT LINES, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR INTERLOCUATORY ORDER OF DEFAULT

Defendant, Alba Freight Lines, Inc., ("Defendant" or "Alba") by and through the undersigned counsel and pursuant to Mo.R.Civ. 74.(b) and in Opposition to the Plaintiff's Amended Motion for Interlocuatory Order of Default filed on or about August 17, 2020 states as follows:

1.      This lawsuit was filed on or about January 2, 2020.

2.      Defendant does not dispute that plaintiff mailed certain documents in the State of Illinois in an attempt to gain service of process.

3.      However, the Illinois Secretary of State has not affirmed or approved any default at this time nor accepted any application made by the Plaintiff.

4.      Missouri Rule of Civil Procedure 54.14 requires that personal service out of state be accomplished by complying with Rule 54.13(b) which requires service on a corporation's authorized agent.

5.      Defendant is not in default because Defendant has never been served with process pursuant to Missouri law.

1

6. Defendant will be represented in this matter by the undersigned and the undersigned is prepared to accept service and file responsive pleadings in the matter pursuant to the Missouri Rules of Civil Procedure.

WHEREFORE, Defendant Alba Freight Lines, Inc., respectfully requests this court to not find the Defendant in default of the Missouri Rules of Civil Procedure, allow counsel for Defendant to accept service, file responsive pleadings and proceed with the litigation and for such other and further relief as the court deems just and proper in the circumstances.

Respectfully submitted,

*/s/ John A. Watt*
James R. Jarrow                MO# 38686
John A. Watt                   MO# 52516
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Tel:    (816) 471-2121
Fax:    (816) 472-0288
Email: jarrow@bscr-law.com
        watt@bscr-law.com

ATTORNEYS FOR DEFENDANT
ALBA FREIGHT LINES, INC.

## CERTIFICATE OF SERVICE

The foregoing was filed this 21st day of August, 2020 using the Court's electronic filing system, which will send a notification of filing to counsel of record.

*/s/ John A. Watt*

2

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

RACHEL HOLLOWAY )
    Plaintiff )
     )
VS. )  Case No. 2031-CC00003
     )
ALBA FREIGHT LINES, INC. )
    Defendant )

## <u>REQUEST FOR ALIAS SUMMONS</u>

PLAINTIFF, by counsel, hereby requests the Clerk to issue an alias summons in this matter for service on Defendant's attorney:

Alba Freight Lines, Inc.
Atty. John Watt
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Rd., Ste. 500
Kansas City, MO 64108

                   LAMPERT LAW OFFICE, LLC

                   By:<u>/s/ Raymond Lampert</u>
                      Raymond Lampert, #57567
                      2847 S. Ingram Mill Rd., Ste A-100
                      Springfield, MO 65804
                      Phone: (417) 886-3330
                      Fax: (417) 886-8186
                      ray@lampertlaw.net
                      *Attorney for Plaintiff*



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JASON R BROWN | **Case Number: 2031-CC00003** |
| Plaintiff/Petitioner:<br>RACHEL HOLLOWAY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO 65804 |
| Defendant/Respondent:<br> ALBA FREIGHT LINES INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE |
| Nature of Suit:<br>CC Pers Injury-Vehicular | SPRINGFIELD, MO 65802      (Date File Stamp) |

## Alias Summons in Civil Case

The State of Missouri to: **ALBA FREIGHT LINES INC**
              **Alias:**

**ATTY: JOHN WATT**
**BAKER STERCHI COWDEN & RICE**
**2400 PERSHING RD STE 500**
**KANSAS CITY, MO 64108**
    *COURT SEAL OF*



*GREENE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

        <u>08/31/2020</u>                    <u>/S/ THOMAS R. BARR BY CR</u>
             Date                                 Clerk

    Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
      Printed Name of Sheriff or Server               Signature of Sheriff or Server
     **Must be sworn before a notary public if not served by an authorized officer:**

     Subscribed and sworn to before me on _____ (date).

*(Seal)*

     My commission expires: _____    _____
                              Date                      Notary Public

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

9/30/2020
20-FOSU-2495
2020 SEP -2 PM 2: 59

| | |
|---|---|
| Judge or Division:<br>JASON R BROWN | Case Number: 2031-CC00003 |
| Plaintiff/Petitioner:<br>RACHEL HOLLOWAY | Plaintiff's/Petitioner's Attorney/Address<br>RAYMOND BENJAMIN LAMPERT<br>2847 S INGRAM MILL RD<br>STE A-100<br>SPRINGFIELD, MO 65804 |
| vs. | |
| Defendant/Respondent:<br>ALBA FREIGHT LINES INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Alias Summons in Civil Case

The State of Missouri to: ALBA FREIGHT LINES INC
Alias:

ATTY: JOHN WATT
BAKER STERCHI COWDEN & RICE
2400 PERSHING RD STE 500
KANSAS CITY, MO 64108

*Battimer*

**COURT SEAL OF**

*(seal: CIRCUIT COURT OF MISSOURI GREENE COUNTY)*

**GREENE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 08/31/2020 | /S/ THOMAS R. BARR BY CR |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to _____ (title)

☐ other _____ (title)

## CORPORATION/PARTNERSHIP - OFFICER/AGENT/PARTNER

I certify that I have served the within summons in Jackson County, Missouri, upon the within named defendant corporation  *Alba Freight Lines Inc* _____, by delivering a copy of the summons and a copy of the petition to  *Rose Cummings* _____, who said he/she was  *Receptionist* _____.

Place of Service  *2400 Persing Rd STE 500. Kcmo 64108*

Date of Service  *9/4/2020*

Time of Service  *12:08 pm*

_____ Signature of Sheriff or Server

_____ (date)

_____ My commission expires _____ Date _____ Notary Public

**DEPARTMENT OF CIVIL PROCESS**
**COURT ADMINISTRATOR'S OFFICE**
**CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

Summons $
Non Est $
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $ _____ miles @ $ ___ per mile

BY  *Machelle Battimer*

**DEPUTY**

**CIRCT 3032- 12/13**

_____ A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

RACHEL HOLLOWAY )
    Plaintiff )
     )
VS. )  Case No. 2031-CC00003
     )
ALBA FREIGHT LINES, INC. )
    Defendant )

### MOTION FOR PAYMENT OF SERVICE COSTS

PLAINTIFF, by counsel, moves the Court pursuant to Rule 54.16 of the Missouri Rules of Civil Procedure to order Defendant to pay the costs of service of process in this matter.

On April 8, 2020 counsel for Plaintiff mailed to Defendant at Defendant's last known address a request for waiver of formal service under Rule 56.14. A true and accurate copy of the waiver is attached hereto. Defendant did not sign and return the waiver.

On July 15, 2020 counsel for Plaintiff mailed to Defendant's counsel of record another request for a waiver of formal service under Rule 56.14. A true and accurate copy of the waiver is attached hereto. Defendant did not sign and return the waiver.

On September 4, 2020 Defendant's counsel accepted service of process on behalf of Defendant from the Jackson County Department of Civil Process. Plaintiff's counsel incurred $36.00 in fees to achieve personal service on Defendant's agent.

Rule 54.16 requires the Court to order Defendant to pay the cost of personal service if Defendant has refused to waive personal service unless good cause is shown for not doing so.

WHEREFORE Plaintiff moves the Court to order Defendant to pay Plaintiff's counsel the $36 in costs for service of processs.

LAMPERT LAW OFFICE, LLC

By:/s/ Raymond Lampert
    Raymond Lampert, #57567
    2847 S. Ingram Mill Rd., Ste A-100
    Springfield, MO 65804
    Phone: (417) 886-3330
    Fax: (417) 886-8186
    ray@lampertlaw.net
    *Attorney for Plaintiff*